IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO GONZALEZ-OYARZUN,**<br><br>    Plaintiff,<br><br>          v.<br><br>**CARIBBEAN CITY BUILDERS, INC., et al.,**<br><br>    Defendants. | **CIVIL NO. 14-1101 (GAG)** |

## JUDGMENT

Pursuant to the court's grant of the motion to dismiss, **JUDGMENT** is hereby entered **DISMISSING** this case **without prejudice**.  (See Docket Nos. 36 & 83.)  The court shall retain jurisdiction to enforce its judgment the extent it becomes necessary, and only as to the parties to this action.

**SO ORDERED.**

In San Juan, Puerto Rico this 25th day of June 2014.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge