# United States Court of Appeals
## For the First Circuit

_____

Nos.  14-1954
      14-1971

FAUSTINO GONZÁLEZ-OYARZUN,

Plaintiff, Appellee,

v.

CARIBBEAN CITY BUILDERS, INC.; ME SALVE, INC.;
GIB DEVELOPMENT LLC,

Defendants, Appellees,

COMMONWEALTH OF PUERTO RICO;
OFFICE OF THE COURTS ADMINISTRATION

Interested Parties, Appellants.

_____

**JUDGMENT**

Entered: August 17, 2015

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  That portion of the district court's judgment declaring that the Commonwealth of Puerto Rico must afford civil litigants a jury trial is vacated, and the matter is remanded solely for the district court to enter an amended judgment consistent with the opinion issued this day. Each party shall bear its own costs of appeal.


By the Court:

/s/ Margaret Carter, Clerk


cc:  Hon. Gustavo A. Gelpi, Ms. Frances de Moran, Clerk, United States District Court for the District of Puerto Rico, Mr. Criado-Mangual, Mr. Feldstein-Del avlle, Mr. Gonzalez-Berdecia, Mr. Marques-Diaz, Mr. Mendoza-Mendez, Ms. Mercado-Echegaray, Mr. Paula, Mr. Pico-Rodriguez, Ms. Torres-Sastre & Ms. Valencia-Gatell.